**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01205-CR
No. 05-12-01307-CR

**CORNELIUS OYEDAPO COLLIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54230-U**

## ORDER

Appellant's motion to extend time to file appellant's motion for rehearing is **GRANTED**.

The motion for rehearing is now due September 7, 2013.

/s/     DAVID L. BRIDGES
        JUSTICE